IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01077-ZLW-MJW

ROBERT E. MONTOYA,

    Plaintiff,

v.

AMERICAN STATES INSURANCE COMPANY, an Indiana corporation,

    Defendant.

___

ORDER
___

Pursuant to and in accordance with the Proposed Stipulation Regarding Defendant American States Insurance Company's Motion To Strike Plaintiff's Amended Complaint (Doc. No. 17), it is

ORDERED that Defendant American States Insurance Company's Motion To Strike Plaintiff's Amended Complaint (Doc. No. 16) is withdrawn.  It is

FURTHER ORDERED that Plaintiff's First Amended Complaint (Doc. No. 15) is accepted for filing.

DATED at Denver, Colorado, this __6__ day of November, 2007.

                                          BY THE COURT:

                                          _____
                                          ZITA L. WEINSHIENK, Senior Judge
                                          United States District Court