IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01077-ZLW-MJW

ROBERT E. MONTOYA,

Plaintiff,

v.

AMERICAN STATES INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant American States Insurance Company's Motion to Quash or in the Alternative, Motion for Protective Order (docket no. 37) is DENIED. Plaintiff took the deposition of Defendant's adjuster Schrader on January 31, 2008. During her deposition, adjustor Schrader did not bring her claims file to the deposition as requested by Plaintiff. The purpose of this request was not to seek privileged information in the claims file but to have the claims file available to adjustor Schrader to refresh her recollection during her deposition, if necessary. It appears from the subject motion and attachments that adjuster Schrader may have been able to answer a number of questions asked by Plaintiff's counsel if she would have brought the claims file to refresh her recollection. In this case, Plaintiff is not seeking privileged information in the claims file from defendant's claim representatives witnesses Joe Barbara and Jeff Freeman.

It is FURTHER ORDERED that Defendant shall have claim representative witnesses Joe Barbara and Jeff Freeman bring their claims file pertaining to this case at their depositions and such claims file may be used for the limited purpose of refreshing recollection at such depositions. Plaintiff is not entitled to the actual claims file brought to these depositions without further order of court.

It is FURTHER ORDERED that each party shall pay their own attorney fees and costs for this motion.

Date: April 14, 2008