IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01077-ZLW-MJW

ROBERT E. MONTOYA,

Plaintiff,

v.

AMERICAN STATES INSURANCE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Amended Motion for Protective Order and Amended Motion to Strike Defendant's Fifth Supplemental Disclosure of Victoria McColm (docket no. 45) is DENIED for all of those reasons as outlined in Defendant's response (docket no. 52) which this court incorporates by reference as the basis for this ruling.

Date: April 30, 2008