# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No.   07-cv-01077-ZLW-MJW | FTR - Courtroom A-502 |
| Date:  August 11, 2008 | Courtroom Deputy, Ellen E. Miller |
| ROBERT E. MONTOYA, | Gary S. Craw |
| Plaintiff(s), | |
| v. | |
| AMERICAN STATES INSURANCE COMPANY, | Troy R. Olsen |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTIONS HEARING
**Court in Session:**   2:54 p.m.
Court calls case.  Appearances of counsel.

Defendant's arguments by Mr. Olsen.
Arguments for Plaintiff by Mr. Craw.

**It is ORDERED:**   Defendant's MOTION TO COMPEL [Docket No. 56, Filed May 02, 2008] is TAKEN UNDER ADVISEMENT.  The Court will issue its written Order in due course.

**It is ORDERED:**   Defendant's MOTION FOR PROTECTIVE ORDER [Docket No. 67, Filed June 24, 2008]  is TAKEN UNDER ADVISEMENT.  The Court will issue its written Order in due course.

**It is ORDERED:**   Defendant's MOTION TO COMPEL RULE 35 EXAMINATION [Docket No. 77, Filed July 11, 2008]  is TAKEN UNDER ADVISEMENT. The Court will issue its written Order in due course.

**It is ORDERED:**   Defendant shall submit an updated letter/report  from Dr. McCallum regarding the current medical status of Dr. Talbott for an *in camera* review by the Court **on or before AUGUST 25, 2008.**  Defendant shall also provide a copy to Plaintiff's counsel.  The updated letter/report is subject to the Protective Order.

The Court notes the discovery deadline is currently August 15, 2008 and will address the deadline if necessary following rulings on the motions.

Hearing concluded.
**Court in recess:** 3:45 p.m.
Total In-Court Time 00:51

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.