IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01077-ZLW-MJW

ROBERT E. MONTOYA,

    Plaintiff,

v.

AMERICAN STATES INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Plaintiff's Motion for Protective Order to Conduct F.R.C.P. [sic] 30(b)(6) Deposition of Defendant in Colorado (docket no. 99) is DENIED.

    It is FURTHER ORDERED, in this court's discretion, that the parties shall forthwith set the deposition of Jeff Ostmann, who is Defendant's Rule 30(b)(6) witness, in St Louis, Missouri where Mr. Ostmann resides.  *See* Sheftelman v. Standard Metals Corp., 817 F.2d 625, 628 (10th Cir. 1987) and Zhou v. Pittsburg State University, 252 F.Supp.2d 1194, 1202 (D. Kan. 2003).

Date:  September 26, 2008