IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01077-CMA-MJW

ROBERT E. MONTOYA,

    Plaintiff,

v.

AMERICAN STATES INSURANCE COMPANY, an Indiana Corporation,

    Defendant.

**ORDER REGARDING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

    This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (Doc. # 104). The Court, having reviewed the motion and being fully advised in the premises, hereby

    ORDERS that the above-captioned action and the Complaint filed therein are DISMISSED WITH PREJUDICE, each party to pay his or its own attorneys' fees and costs in this action.

    DATED: November 20, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

A0132964 / 1